UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,          02cr251    (JNE)

    Plaintiff,

v.             **ORDER**

EUGENE EDWARDS,

    Defendant.

---

    Eugene Edwards has petitioned the Court for a further reduction of his sentence, this Court having previously granted a reduction. For the reasons explained in the Government's responsive memorandum the current motion must be denied.

    In short, Mr. Edwards petitions pursuant to the Fair Sentencing Act of 2010. But that statute does not authorize sentence reductions below the statutory and mandatory minimums. Mr. Edwards' sentence of 180 months consists of the mandatory minimum of 120 months on Count 1 and a mandatory consecutive 60 months on Count 3. These sentences are required by 21 U.S.C. § 841(b) (1) (A) and 18 U.S.C. § 924(c) (1) respectively.

    SO ORDERED.


DATED: March 27, 2012                 s/ Joan N. Ericksen
                                              JOAN N. ERICKSEN, Judge
                                              United States District Court